**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-6897**

———————————

UNITED STATES OF AMERICA,

Petitioner - Appellee,

versus

CRAIG O. COPLEY,

Respondent - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, District
Judge; Alexander B. Denson, Magistrate Judge.  (CA-90-47-HC-BR)

———————————

Submitted:  November 15, 1995        Decided:  January 29, 1996

———————————

Before HALL and WILKINSON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Craig O. Copley, Appellant Pro Se.  Eileen Coffey Moore, Fenita
Talore Morris, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North
Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order revoking his conditional release pursuant to 18 U.S.C.A. § 4246(f) (West 1985). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. United States v. Copley, No. CA-90-47-HC-BR (E.D.N.C. Mar. 7, 1995). Additionally, we find that Appellant's revocation hearing was not unnecessarily delayed in violation of § 4246(f). In light of this disposition, we deny Appellant's Petition to Dismiss Violation of Conditional Release-Discharge and his Notice of Motion for an Order. In addition, Appellant's motion for an expedited appeal is moot and is dismissed for that reason. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2